In re BOSTON ROAD IN CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. July 7, 1911.) In the matter of the Boston Road in the City of New York. T. F. Conway, for appellant. L. H. La Motte, for respondent. No opinion. Order

affirmed, with costs and disbursements. Order filed. See, also, 142 App. Div. 726, 127 N. Y. Supp. 637; 143 App. Div. 910, 127 N. Y. Supp. 1113.